IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLENE HALL, individually and on behalf of all other similarly situated, : : : Plaintiff, : : v. : : HEATHER HILL PROPERTY COMPANY : LLC, HEATHER HILL OPERATING : COMPANY LLC, and ONEWALL : COMMUNITIES LLC, : : Defendants. : | Case No. 1:25-cv-00238-ABA |

### ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Upon consideration of the Joint Stipulation to Extend Time to File Defendants' Response to Plaintiff's Motion for Class Certification, and any reply thereto, it is hereby **ORDERED** that the Joint Stipulation is **GRANTED**. The deadline for Defendants to respond to Plaintiff's Motion for Class Certification, and Plaintiff's reply thereto, is to be set in conjunction with the Court's upcoming Scheduling Order.

Dated: June 27, 2025

                                                                                  */s/*
                                               Adam B. Abelson
                                               United States District Judge