901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204

PK|LAW
PESSIN KATZ LAW, P.A.

Telephone 410-938-8800
Fax 410-832-5600
www.pklaw.com

**Robert S. Campbell**
WRITER'S DIRECT DIAL NUMBER:
410-769-6140
WRITER'S DIRECT E-MAIL:
rcampbell@pklaw.com

September 8, 2026

Honorable District Judge Adam B. Abelson
101 West Lombard Street, Chambers 7D
Baltimore, Maryland 21201

Re: Charlene Hall v. Heather Hill Property Company, LLC, *et al.*
In the United States District Court for the District of Maryland
Civil Case No.: 1:25-cv-00238-ABA

Dear Judge Abelson:

Counsel for the Parties have conferred and provide this letter as the Parties' joint response to the Court's Order dated August 24, 2026 (Doc. 46).

The Parties are willing to engage in early settlement negotiations before a U.S. Magistrate Judge, and would agree to an early settlement conference.

Regarding discovery, the Parties would like at least six months for fact discovery and another ninety days for expert discovery (after the completion of fact discovery). All other deadlines would be at the discretion of the Court.

Please let us know if anything additional is required or would be helpful to the Court.

Very truly yours,

Robert S. Campbell

RSC:rjc

cc: All counsel via ECF filing